FANNIE STAMBLER, Appellant, v. THOMAS J. WALSH, as Receiver of SAMUEL CAVEN, Respondent.— Motion for reargument granted, and on such reargument

*See App. Div. Rules, 2d Dept., rule 12.— [REP.

order modified by reversing the judgment and directing a new trial. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.